State, Respondent, v. Nipko, Petitioner, No. 93971-3. Petition for review of a decision of the Court of Appeals, No. 33820-7-III, November 17, 2017. *Denied* March 29, 2017.

*State, Petitioner, v. Cruz, Respondent*, No. 93732-0. Petition for review of a decision of the Court of Appeals, No. 33312-4-III, July 19, 2016, 195 Wn. App. 120. *Granted* March 30, 2017.

*Sprague, Petitioner, v. Spokane Valley Fire Dep't et al., Respondents*, No. 93800-8. Petition for review of a decision of the Court of Appeals, No. 33352-3-III, September 21, 2016, 196 Wn. App. 21. *Granted* March 30, 2017.

*In re Det. of Belcher*, No. 93900-4. Petition for review of a decision of the Court of Appeals, No. 47328-3-II, October 4, 2016, 196 Wn. App. 592. *Granted* March 30, 2017.